1    Paul D. Cole

2    P.O. Box 24669

3    Oakland, Ca  94623

4    Phone:  c (510) 393-8820

5        w (510) 723-0767

6    In Pro Per

7

8                    **United States District Court**

9                    **Northern District of California**

10

11    Paul D. Cole                Case No. CV 08                2360

12        Plaintiff

13        Vs.                    Plaintiff Complaint for violation of Federal EMC

14    City of Emeryville, Officers Robert Alton,        Constitutional Rights, California Constitutional

15    Michael Allen, S. Andretich, Dan Diotalevl        and Statutory Rights.  Conspiracy,  Retaliation,

16    And Four (4) additional unknown officers        False Arrest and Harassment.

17        Defendant                Jury Trial Demand

18    _____/

19    Plaintiff Paul D. Cole alleges as follows:

20                        **Introduction**

21    1.  This Action arises from the unlawful conspiracy, retaliation, false arrest and harassment.

22    2.  The above claims are alleged to be retaliation from a previous case, which has since

23        been settled.  Case No. 3:03 CV-05643-EMC

24                        **Parties**

25    3.  Plaintiff Paul D. Cole is a Citizen of the State of California and a resident of the County of

26        Alameda.

27    4.  Defendant City of Emeryville operates and governs the Emeryville Police Department

28        pursuant to the laws of California.

1

1    5. On information and belief, defendant Robert Alton, sued here in both his individual and
2       official capacity, is a resident of California who is employed by the Emeryville Police
3       Department, all actions taken by Officer Alton while working as a police officer were
4       taken under color of State Law.

5    6. On information and belief, defendant Michael Allen, sued here in both his individual and
6       official capacity, is a resident of California who is employed by the Emeryville Police
7       Department, all actions taken by officer Allen while working as a police officer were taken
8       under color of State Law.

9    7. On information and belief, defendant Dante Diotalevl, sued here in both his individual
10      and official capacity, is a resident of California who is employed by the Emeryville Police
11      Department, all actions taken by officer Diotalevl while working as a police officer were
12      taken under color of State Law.

13   8. On information and belief, the Four (4) additional unknown defendants, sued here in
14      both their individual and official capacities, are residents of California who are employed
15      by Emeryville Police Department, all actions taken by the unknown defendants while
16      working under color of State Law.

17                              **Jurisdiction and Venue**

18   9. This Court has subject matter Jurisdiction pursuant to 28 U.S.C. 1331 and 1343.

19   10. The Court has Pendent Jurisdiction and Supplemental Jurisdiction over the State Law
20       claims alleged in this complaint pursuant to 28 U.S.C. 1367.

21   11. All administrative remedies have been exhausted. In compliance with California
22       Government code 910.et seq, Mr. Cole has filed a claim for damages with the City of
23       Emeryville, which has been rejected.

24   12. The events giving rise to the claims alleged in this complaint occurred in the County of
25       Alameda, California.  Venue therefore lies in the United States District Court for the
26       Northern District of California pursuant to 28 U.S.C. 84(a) and 1391(b)(2).

27                              **Factual Background**

28   13. On April 02, 2007, Plaintiff was arrested as a direst result of Defendant Andretich

                                           2

1              preparing a false police report despite the fact that all activities were recorded on

2              security surveillance video.

3        14. Defendant Allen and Alton prepared false supplemental reports in conjunction with a

4              conspiracy to retaliate against the Plaintiff Paul Cole allegedly under the direction of

5              officer Robert Alton.

6        15. Defendant D. Diotalevl approved the supplemental report despite having first hand

7              knowledge of Plaintiff Paul Cole's previous unlawful encounter with Robert Alton on April

8              04, 2003.

9        16. On May 04, 2007, Plaintiff was inside Pak 'N' Save Grocery Store with his Two (2) young

10            children and their mother.

11      17. Plaintiff saw this person named Steven Milton who allegedly testified against Plaintiffs'

12            brother approximately Three (3) years ago.

13      18. Plaintiff Paul Cole and Steven Milton only made eye contact from about 15-20 feet away

14            inside Pak 'N' Save.

15      19. Steven Milton subsequently called 911. All listed defendant officers arrived within Two

16            (2) minutes.

17      20. The officers and Steven Milton proceeded upstairs into the managers office where the

18            stores surveillance video system is located and recording.

19      21. See attachment (1) page (10) noted as demonstrated the officers knew of the store

20            security cameras. It is well known, when a videotape of the conduct at issue is both

21            known and readily accessible to an officer investigating an alleged crime and arresting a

22            suspect, the officer must review the videotape so as to avoid improperly arresting an

23            otherwise innocent person.

24      22. Steven Milton alleged Plaintiff Paul Cole approached him and threatened him per

25            attachment (1). However, Steven Milton's testimony at Plaintiff Criminal pretrial, differed

26            from the statements reported on the criminal police report. Steven Milton stated in court

27            that he was "not afraid" of the Plaintiff, which contradicts the police report filed.

28      23. The Defendants should have known, in their official capacity, the security videotape

3

1    served the basis for the alleged victim Steven Milton's allegations.

2    24. Store tape was "physical evidence" that demonstrated the facts of April 2, 2007.

3    25. Attachment (2), event time assignment, demonstrates the officers arrived at 14:26:45

4        and cleared at 15:10:57.

5    26. The Defendants conspire to fail to disclose the underlying facts, which would have

6        demonstrated Steven Miltons' complaint appears to be made up fiction.

7                                    **First Cause of Action**

8        Violation of Constitutional Right to be free from conspiracy.  Duncan v. Stuetzle, C.A.9

9        (Cal.) 1996, 76 F.3d 1480, 37 U.S.P.Q.2d 1758 and U.S.C.A. Constitution.

10            **Alton, Allen, Andretich, Diotalevl and Four (4) unknown officers**

11    27. Plaintiff incorporates, hereby by reference, the allegations in paragraph 1-26 of this

12        complaint.

13    28. Officers Alton, Allen, Andretich, Diotalevl, and the Four (4) unknown officers, acting

14        under color of law, deprived Mr. Cole of his Constitutional Right to be Free From Civil

15        Conspiracy and Equal Protection under the law.

16                                    **Second Cause of Action**

17        Violation of Constitutional Right, failing to train officers adequately.

18                                    **City of Emeryville**

19    29. Plaintiff incorporates hereby reference the allegations in paragraphs 1-28 of this

20        complaint.

21    30. City of Emeryville hired and trained officers Alton, Allen, Andretich, Diotalevl, and the

22        four (4) unknown defendants.

23    31. City of Emeryville authorized, tolerated, ratified and acquiesced in policies and practices

24        and customs of investigation, all information that might tend to demonstrate innocence

25        of a suspect, in their provision of Law.

26                                    **Third Cause of Action**

27        Violation of the Constitution.  U.S. Constitution First Amendment and Fourteenth

28        Amendment.

4

1   32. Plaintiff incorporate hereby references the allegations in paragraphs 1-31 of this

2       complaint.

3   33. Officer Alton, Allen, Andretich, Diotalevl, and Four (4) unknown officers deprived Mr. Cole

4       of his California Constitutional Right to be free from retaliation.

5   34. The retaliation against Mr. Cole is alleged to be a result from his previous legal encounter

6       with Officer Alton in which his claim had reasonable basis in Law of Fact that was

7       protected by the First Amendment Right to Petition and Fourteenth Amendment Right to

8       Substantive Due Process U.S.C.A. Constitution 1, 14.

9                                   **Fourth Cause of Action**

10      Violation of the Fifth and Fourteenth Amendment of the Constitution and 42 U.S.C. 1983.

11  **City of Emeryville, Alton, Allen, Andretich, Diotalevl, and Four (4) additional**

12  **unknown Officers**

13  35. Plaintiff incorporates hereby, by reference, the allegation in paragraphs 1-34 of this

14      complaint.

15  36. Penal Code 13519.4(b) provides that all enforcement officers in California shall receive

16      racial and cultural diversity training in order to foster mutual respect and cooperation

17      between law enforcement and members of all racial and cultural groups.

18  37. Penal Code 13519.4(e) provides that a law enforcement officer shall not engage in racial

19      profiling.

20  38. City of Emeryville's failure to adequately train their police officers on unbiased

21      investigations of racially diverse situations caused Mr. Cole to be denied his Statutory

22      Right to be Free from Conspiracy, Retaliation, False Arrest and Harassment.

23                                   **Fifth Cause of Action**

24      Violation of the Constitution, Fourth Amendment.

25      Officers Alton, Allen, Andretich, Diotalevl, and Four (4) unknown officers.

26  39. Plaintiff incorporates hereby, by reference the allegations in paragraphs 1-38 of this

27      complaint.

28  40. The Constitution of the United States, states the Right of the People to be Secure in their

5

1    persons, house, papers and effects against unreasonable searches and seizures, they

2    shall not be violated and no warrant shall be issued but upon probable cause. Supported

3    by oath of affirmation and particularly describing the place to be searched and the

4    persons of things to be seized.

5    41. The Defendant obtained an arrest warrant based on misstatements or omissions, which

6    were deliberate and reckless.  See Attachment (1)

7                              **Sixth Cause of Action**

8    Violation of Penal Coe 422.6(a) and Civil Code 52.1

9        **Officer Alton, Allen, Andretich, Diotalevl, and Four (4) Unknown Officers**

10   42. Plaintiff incorporates hereby, by reference the allegations in paragraphs 1-41 of this

11   complaint.

12   43. Penal Code 422.6(a) provides that no person shall, by force, or threat of force, interfere

13   with any other person's exercise of their rights because of the other person's race, color,

14   religion, ancestry, national origin, disability, gender or sexual orientation, or because he

15   or she perceives that the other person has one or more of those characteristics.

16   44. Officers Alton, Allen, Andretich, Diotalevl and Four (4) unknown officers actions cause Mr.

17   Cole to be denied his Right to be Free from unlawful harassment.

18   45. The evidence will show, Diotalevl was aware of Alton's practice of racial profile, illegal

19   stop etc. and his, Alton's bias against Mr. Cole.

20   46. The Civil Rights Act of 1871.42 U.S.C. 1983, gives a cause of action for anyone subjected

21   to the deprivation of any rights privileges or immunities secured by the constitution and

22   law by a person acting under color of State Law.

23                              **Prayer for Relief**

24   Wherefore, plaintiff prays for Judgment and Relief against the Defendants as follows:

25   a.  An injunction order to the City of Emeryville to establish effective preventative

26   mechanisms to ensure that discriminatory conspiracy, retaliation, false arrest and

27   harassment do not continue in the future;

28   b.  An award of compensatory and general damages against Defendants in an amount

6

1     to be determined according to proof;

2     c.   An award of statutory damages and penalties pursuant to Civil Code 52(b);

3     d.   An award of costs, expenses, and reasonable attorney fees pursuant to 42. U.S.C.

4          1988, Civil Codes 52(b) and 52.1(h) and Code of Civil Procedure 1021.5; and

5     e.   Such other and further relief as the court may deem just and proper.

6

7     Dated May 10, 2008

8                                          Paul Cole

9                            **Demand for Jury Trial**

10    Pursuant to Rule 38(b), Federal Rules of Civil Procedure, and C.V.L.R. 3-6, Plaintiff

11    demands a trial by jury in this action of all issues triable by jury in this matter.

12

13    Dated May 10,2008

14                                          Paul Cole

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Attachment (1)

# Page 1 Through 10

**UTILITY REPORT**
**EMERYVILLE POLICE DEPARTMENT**

| 1. CASE NO. |
| --- |
| 0704- 0406 |

1422 HRS

**2. TYPE OF REPORT**

1. ☐ MISCELLANEOUS REPORT:
   - a. ☐ Incident Report
   - b. ☐ Civil Standby
   - c. ☐ Hazardous Conditions
   - d. ☐ Fire Call
   - e. ☐ Ambulance Call
   - f. ☐ Assist Outside Agency
   - g. ☐ Animal Call
   - h. ☐ Other _____

2. ☐ Investigator's Case Summary
3. ☐ Property Report
   - a. ☐ Found    b. ☐ Safekeeping
4. ☐ Technician's Report
   - a. ☐ Evidence    b. ☑ Photo Log .
5. ☐ Supplemental Report
6. ☒ Statement
   - a. ☐ Witness    b. ☑ Victim    c. ☐ Suspect

| 3. DAY - DATE - TIME | 4. LOCATION | 5. TIME COMPLETED |
| --- | --- | --- |
| WED 4/04/07  1440 | 3889  SAN PABLO AVE | 1454 |

| 6. NAME - LAST, FIRST, MIDDLE | 7. ADDRESS |
| --- | --- |
| MILTON, STEVEN, GLENN | |

| 8. TELEPHONE NO. | 9. SEX | 10. RACE | 11. DOB | 12. WITNESSED BY |
| --- | --- | --- | --- | --- |
| | M | BLK | 01/14/53 | |

13. You have the right to remain silent. Anything you say can be used against you in a court of law. You have the right to talk to a lawyer and have him present with you while you are being questioned. If you cannot afford a lawyer, one will be appointed to represent you before any questions, if you wish one.

Do you understand each of these rights I have explained to you? _____

Having these rights in mind, do you wish to talk to us/me now? _____

**14. NARRATIVE**

1. TODAY 4/4/07 ABOUT 2:20 PM, I WAS TAKING A BREAK
2. FROM WORK AND I WALKED TO THE PAK N SAVE STORE
3. TO GET FOOD. WHILE I WAS IN THE STORE I WAS
4. APPROACHED BY A BLACK MALE NAMED PAUL COLE. COLE IS
5. THE BROTHER OF A MAN WHO COMMITTED A MURDER
6. THAT I WITNESSED IN OAKLAND ABOUT 2003. I TESTIFIED
7. AGAINST THE SUSPECT AND NOW THE BROTHER PAUL COLE
8. WANTS REVENGE. COLE SAID TO ME, "YOU SNITCHED ON
9. MY BROTHER AND WE'RE GONNA GET YOU RIGHT NOW." COLE
10. THEN CALLED SOMEONE ON HIS CELLULAR PHONE AND WALKED AWAY.
11. COLE IS 5'8", 200 LBS, 45-50 YRS OLD, WEARING A BURGUNDY
12. SHIRT. I WAS IN FEAR FOR MY SAFETY BECAUSE I BELIEVE
13. COLE AND HIS BROTHERS WILL TRY AND KILL ME. I CAN
14. IDENTIFY COLE AND I WANT HIM ARRESTED.
15. *Steven Milton*
16.

| 15. REPORTING OFFICER | 16. NO. | 17. APPROVED BY | 18. DATE | 19. COPIES TO: | 20. PAGE |
| --- | --- | --- | --- | --- | --- |
| S. ANDRETICH | 339 | | | CIS | 1 of 1 |

K   4-30-01   0024340   2115 M

## CONSOLIDATED ARREST REPORT
### Oakland Police Department

| 1. Defendant's True Name (Leave Blank) | | Arrest No. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 2. Defendant's Name | | PFN | | Booking Agency | Report No. |
|---|---|---|---|---|---|
| Cole  Pau | | AKQ816 | | 00109 | 07- 03419/ |

| 3. AKA or Nickname | Date Arrested | Time | Crime Rept. Detailed to | CP Beat | Incident No. |
|---|---|---|---|---|---|
| | 30 APR 07 | 2044 | | 7X | 1155 |

| 4. DOB | POB | Height | Weight | Hair | Eyes | Race | Sex | Age | **VEHICLE INFORMATION** | **JAIL USE ONLY** |
|---|---|---|---|---|---|---|---|---|---|---|
| 7-10-60 | CA | 59 | 180 | BLK | BRO | B | M | 46 | | |

| 5. Salient Characteristics | Clothing | License No. | State | Year |
|---|---|---|---|---|
| | BLK  T  BLK JEANS | | | |

| 6. Residence Address | City ☐ Oakland | State | Phone ( ) | Year | Make | Model | Color |
|---|---|---|---|---|---|---|---|
| 2204 Jason Way  menesto | | | | | | | |

| 7. Business Address | School | Phone ( ) | Towed to | Tow Tag |
|---|---|---|---|---|

| 8. DL or ID Card No. | Social Security No. | Occupation | Hold For | CII No. |
|---|---|---|---|---|
| B5057819 | 570 31-0099 | | | |

| 9. Location of Arrest | Arrest Approved By | Serial No. | Time | FBI No. |
|---|---|---|---|---|
| 3200 BLK Hannah | | | | |

| 10. Arresting Officer | Serial No. | Arresting Officer | Serial No. | Cash at Booking | Check |
|---|---|---|---|---|---|
| B Baker | 8448 | S. Donline | 8411 | $ 1300 | |

| 11. Transporting Officer | Serial No. | Transporting Officer | Serial No. | ID Confirmed by | Check ☐ PIN ☐ NCIC |
|---|---|---|---|---|---|

| 12. Code Section | M/F | Court | CC | Warrant No. | CEN | PIN No. | Bail | Citation No. |
|---|---|---|---|---|---|---|---|---|
| 140(a) PC | F | | 5 | | | | | |
| | | | | | | | 100,000 | Court |
| | | | | | | | | Date      Time |

### IN-CUSTODY ARRESTS

| Code Section | M/F | Court | CC | Warrant No. | CEN | PIN No. | Bail | Date Arrested | Time |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Arresting Officer | Serial No. |
| | | | | | | | | TOTAL BAIL | |

I HEREBY ARREST THE ABOVE DEFENDANT ON THE CHARGE INDICATED AND REQUEST A PEACE OFFICER TAKE HIM/HER INTO CUSTODY. I WILL APPEAR TO SIGN A COMPLAINT AGAINST THE PERSON I HAVE ARRESTED (See reverse side for instructions).

| 13. Signature of Person Making Arrest | Residence Address | City ☐ Oakland | Zip | Phone ( ) |
|---|---|---|---|---|

| 14. Arresting Person's Name | Sex-Race-Age | Business Address | City ☐ Oakland | Zip | Phone ( ) |
|---|---|---|---|---|---|

| 15. Complainant's Name | Sex-Race-Age | Address | City ☐ Oakland | Zip | ABC Premise Involved |
|---|---|---|---|---|---|

| 16. Co-Defendant | Sex-Race-Age | Co-Defendant | Sex-Race-Age | Co-Defendant | Sex-Race-Age |
|---|---|---|---|---|---|

| 17. ☐ Used a Firearm or Deadly Weapon   ☐ Armed with a Firearm   Burglary Classification |
|---|
| ☐ Caused Great Bodily Harm   ☐ Acted in Concert (261, 286, 288a PC) |

**18. Instructions:**
- List charges by name and code section.
- If completing an Offense or Add'l/Supp Report, DO NOT start narrative on this form.
- If suspect is arrested WITHOUT A WARRANT for an offense which occurred in another jurisdiction, identify agency, investigator's name, and report number.
- Indicate if suspect is on parole or probation.
- Complete probable cause narrative.
- Document admonishment of arrested person.
- Enter "enroute (agency)" if appropriate.
- Enter reason for physical arrest (misdemeanor only).
- Describe injuries or known medical problems.

Warrant detention

SUBj  contacted when he approached us.  He was curious
why we were talking with his brother  Peter.

Paul  had a warrant.  Transported  to NCJ

**Type of Report Made:** ☒ Offense   ☐ Additional Info./Supplemental   ☐ None

Extra Copies to:

3

0704-0406

# Active Arrest Warrant

| Date: 4/5/2007 | Case #: 0704-0406 | Author ID: 309 |
|---|---|---|

Last Name: Cole
First Name: Paul
Age: 46
Gender: Male

Height: 5'09"
Weight: 180
Eyes: Bro
Hair: Blk
Complexion: Med
Race: Black
Date of birth: 07/10/1960

EMERYVILLE POLICE DEPARTMENT
CONFIDENTIAL
Do not release to any other
agency or persons.



Paul David Cole has an active $100,000 Felony arrest Warrant for PC140(a)-Threat of Force or Violence Because of Assistance in Prosecution.

Paul Cole is known to frequent the West Oakland area and has a history of drug sales.

Possible residences:

1050 7th St.
Oakland, CA
or
127 N. Bella Monte Ave.
Bay Point, CA

If seen please confirm warrant and make arrest.

## Emeryville Police Dept.
## (510) 596-3700

Produced on Critical Reach System 10113:not currently available.. See www.criticalreach.org for more information on Critical Reach alerts.

| Arrest ☐ | **EMERYVILLE POLICE DEPARTMENT** | CASE# |
|---|---|---|
| Crime ☒ | 2449 Powell Street | 0704-0406 |
| Non-Criminal ☐ | CA0010400 | PAGE |
| | **CR-1** | 1 |

| OFFENSE(S) | OFFENSE(S) cont'd. | | |
|---|---|---|---|
| 422 PC; Threaten Crime With Intent To Terrorize; Fel. | | | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED | MORE CHARGES | ESTIMATED LOSS VALUE |
|---|---|---|---|
| 04/04/07 14:20 Wednesday | 04/04/07 14:22 | YES ☐ NO ☒ | |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 3889 San Pablo Ave, Emeryville | Pak N Save | | 2 | 9 |

## PERSONS
**Codes: V = Victim  W = Witness  C = Complainant  P = Parent  G = Guardian  R = Party  O = Other**     MORE NAMES YES ☐ NO ☒

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | RESIDENCE | HOME |
|---|---|---|---|---|---|---|
| V 1 OF 1 | Milton, Steven Glenn | | | | | |
| OCCUPATION | RACE B | SEX M | AGE 54 | DOB 01/14/1953 | MAILING | CELLULAR |
| DL     STATE | SS# | | INJURIES | | ADDRESS 3 | PHONE 3 |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|---|---|
| OF | | | | | | |
| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
| DL     STATE | SS# | | INJURIES | | ADDRESS 3 | PHONE 3 |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | | | | ADDRESS 1 | PHONE 1 |
|---|---|---|---|---|---|---|
| OF | | | | | | |
| OCCUPATION | RACE | SEX | AGE | DOB | ADDRESS 2 | PHONE 2 |
| DL     STATE | SS# | | INJURIES | | ADDRESS 3 | PHONE 3 |

## CASE SUMMARY / VEHICLE INFORMATION

SUMMARY
Named suspect Paul Cole threatened to kill the victim for testifying against the suspect's brother during a murder trial in Oakland in 2003. Suspect fled on foot in an unknown direction.

| VEHICLE USED IN CRIME | LICENSE (NO. AND STATE) | YEAR | MAKE | MODEL | BODY TYPE | COLOR | VIN | MORE VEHICLES |
|---|---|---|---|---|---|---|---|---|
| YES ☐ NO ☐ UNK ☐ | | | | | | | | YES ☐ NO ☒ |
| TOW REPORT | GARAGE NAME AND PHONE | | REGISTERED OWNER | | | R/O ADDRESS | | |
| YES ☐ NO ☐ | | | | | | | | |

## SUSPECT(S) / ARRESTEE(S)
**Codes: S = Suspect  A = Arrestee  D = Detainee  SV = Suspect/Victim  AV = Arrestee/Victim  DV = Detainee/Victim**     MORE NAMES YES ☐ NO ☒

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|
| S 1 OF 1 | Cole, Paul | | |
| RACE B | SEX M | HT 5'08" | WT 200 | HAIR BLK | EYE BRO | AGE 45-50 | DOB | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | | | | | INJURIES | ADDRESS 3 | PHONE 3 |
| SCARS / MARKS / TATTOOS YES ☐ NO ☐ | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME / |
| DL     STATE | ARRESTED YES ☐ NO ☒ | BOOKING # | WARRANT YES ☐ NO ☒ | CITATION # | SS# | CII# |
| CHARGES 422 (1) | | | | | | |

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | ADDRESS 1 | PHONE 1 |
|---|---|---|---|
| OF | | | |
| RACE | SEX | HT | WT | HAIR | EYE | AGE | DOB | ADDRESS 2 | PHONE 2 |
| OCCUPATION | | | | | | | INJURIES | ADDRESS 3 | PHONE 3 |
| SCARS / MARKS / TATTOOS YES ☐ NO ☐ | AKA's | ARRESTEE DISPOSITION | RELEASE LOCATION | ARREST DATE / TIME / |
| DL     STATE | ARRESTED YES ☐ NO ☐ | BOOKING # | WARRANT YES ☐ NO ☐ | CITATION # | SS# | CII# |
| CHARGES | | | | | | |

## ADMINISTRATION

| VICTIM DESIRES PROSECUTION | FOLLOW-UP | COPIES TO: | | | | | |
|---|---|---|---|---|---|---|---|
| YES ☒ NO ☐ | YES ☒ NO ☐ | ☐ PAT. ☒ DET. ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☒ OTHER: OPD Sgt.Phillip C Green | | | | | |
| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
| S. Andretich 339 | 04/04/07 16:29 | Michael Allen 297 | 04/04/07 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS Active |

DEFENDANT'S NAME: COLE, PAUL

PFN # AKQ816                                  5

CEN#

EPD# 0704-0406

## DECLARATION IN SUPPORT OF PROBABLE CAUSE

### The undersigned hereby declares

That he/she is a police officer of the City of Emeryville, California

That the contents of this declaration provides probable cause to believe the above-named defendant committed the following offense(s):

P.C. 140(A) - THREATENING A WITNESS

That said Defendant committed said offense(s) in the manner and by the means as set forth and described in the following document/s:

0704-0406

Copies of which document/s are attached hereto and incorporated by reference as though fully set forth. That said document/s were prepared in the ordinary course of business and pursuant to the sworn duty of the officer/s subscribing same, and that declarant believes the contents thereof to be true.

SYNOPSIS OF
EVENT:     ON 4/4/07 @ 1420 HRS. DEF.

APPROACHED VICTIM WHO WAS A KEY WITNESS TO

A MURDER WHICH OCCURRED IN OAK. IN 2003. V.

TESTIFIED AGAINST DEF.'s BROTHER IN THAT CASE.

DEF. THREATENED VICT. BY CALLING HIM A SNITCH &

THAT HE WOULD TAKE CARE OF HIM BY GETTING HIM RIGHT
NOW. VICT. CALLED POLICE. DEF. Fled Scene. VICT. NAMED DEF. & Took
THREATS VERY SERIOUSLY.

Dated  4/05/2007              at Emeryville, California

Officer's Signature

R. Alton #309

Officer's name (printed)

| Arrest | ☐ | **EMERYVILLE POLICE DEPARTMENT** | CASE # |
|---|---|---|---|
| Crime | ☒ | 2449 Powell Street | 0704-0406 |
| Non-Criminal | ☐ | CA0010400 | PAGE |
| | | **Supplemental Report** | 1 OF 1 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| INV Investigators Case Summary | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 04/04/07 14:20 Wednesday | 04/04/07 14:22 |

| LOCATION OF OCCURENCE | LOCATION NAME | | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|---|
| 3889 San Pablo Ave, Emeryville | Pak N Save | | | 2 | 9 |

**CASE SUMMARY**
I presented this case DDA Rogers who elected to charge Paul Cole with Felony threats to witness (PC 140) . Case closed.

**NARRATIVE**

I reviewed this out of custody report where a named suspect, Paul Cole, threatened a witness who testified against his brother in a PC 187 trial.

I showed the victim a photograph of Paul Cole I obtained from CAL PHOTO to the victim, Steven Milton.
Milton told me it was the same Paul Cole who threatened him on 04/04/2007.

I telephoned OPD Sgt. Green who originally investigated the murder involving Paul Cole's brother, Peter Cole, and informed him of the threats. Sgt. Green told me that Milton and his wife were the key witnesses in the case and were moved to Yuba City due to threats they received.

I presented the case to DDA Tom Rogers who telephoned the trial attorney (DDA Gould) and asked him about the case. DDA Gould related to Rogers; Milton was the key witness to the case which resulted in a hung jury in favor of guilty. Peter Cole subsequently plead guilty to Voluntary Manslaughter.

DDA Rogers charged Paul Cole with Felony PC 140(a)--Threat of Force or Violence because of assistance in Prosecution. I walked the warrant through the system. Judge McGibbon signed the arrest warrant and placed bail at $100,000.  –

I completed a flyer and disseminated it to other Law Enforcement agencies.

| ADMINISTRATION | | | | | | | |
|---|---|---|---|---|---|---|---|
| **FOLLOW-UP** YES ☐ NO ☒ | **COPIES TO:** ☐ PAT. | ☒ DET. | ☒ DA | ☒ COURT | ☐ PROBATION | ☐ VWAP | ☐ OTHER |

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| R. Alton 309 | 04/05/2007 13:03 | Dante Diotalevi 303 | 04/25/07 |

| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
|---|---|---|---|
| | | | Closed |

| Arrest ☐ | **EMERYVILLE POLICE DEPARTMENT** | CASE # |
| Crime ☒ | 2449 Powell Street | 0704-0406 |
| Non-Criminal ☐ | CA0010400 | |
| | **Narrative Report** | Page 1 of 2 |

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 422 PC; Threaten Crime With Intent To Terrorize; Fel. | |

| DATE, TIME AND DAY OF OCCURENCE | | DATE AND TIME REPORTED | | |
|---|---|---|---|---|
| 04/04/07 14:20 Wednesday | | 04/04/07 14:22 | | |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 3889 San Pablo Ave, Emeryville | Pak N Save | | 2 | 9 |

NARRATIVE

On 4/04/07 approximately 1424 hours, I was dispatched to the Pak N Save Store (3889 San Pablo Ave) for the report of disturbance with threats. The reporting person told the dispatcher the suspect was a Black male adult standing in front of the store. The victim was inside the store and waited for officers to arrive. Officer Costello, Officer Cassianos, Sgt. Sierras, and I arrived and could not locate the suspect.

Officer Costello and I contacted the victim inside the store. The victim requested to remain confidential on this report. The victim was visibly shaken. He was dressed in construction work clothing, his eyes were red and watery and his hands trembled when he started to talk with me. The victim told me the following:

In 2003 the victim testified in a trial for a murder that he had witnessed in Oakland. The victim had been told by several family members that the suspect's family wanted to kill him and the victim had since moved out of the area.

On 4/04/07 about 1440 hours, the victim was in Emeryville for work. The victim took a work break and walked to the Pak N Save store to get food. While inside the store, the victim was approached by a Black male adult named Paul Cole. Cole was the brother of the man who committed the murder, the victim had witnesses and testified about. Cole wanted revenge and told the victim, "You snitched on my brother and we're gonna get you right now." Cole immediately made a cellular phone call and walked out of the store. The victim described Cole as a Black male adult, 5'08", 200 lbs, 45-50 years old, and wearing a burgundy shirt.

The victim told me he was in fear for his life when Cole made the threat. The victim believed Cole would kill him and told me Cole has been known to keep a gun in his car. The victim can identify Cole and wanted him arrested.

The victim told me he was advised to contact OPD Sgt Phillip C. Green if he was ever threatened or harassed by a member of the Cole family. I requested a copy of this report be forwarded to Green in the management tab of this report.

The victim told me there were several witnesses to the crime, but none of the witnesses stayed in the area to provide a statement.

| **ADMINISTRATION** | | | | |
|---|---|---|---|---|
| BY OFFICER | DATE/TIME | APPROVED BY | | DATE APPROVED |
| S. Andretich  339 | 04/04/2007  16:29 | Michael Allen  297 | | 04/04/07 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | | CASE STATUS |
| | | | | Active |

| Arrest ☐ | ***EMERYVILLE POLICE DEPARTMENT*** | CASE # |
|---|---|---|
| Crime ☒ | 2449 Powell Street | 0704-0406 |
| Non-Criminal ☐ | CA0010400 | |
| | **Narrative Report** | Page 2 of 2 |

| OFFENSE(S) | OFFENSE(S) cont'd. | | | |
|---|---|---|---|---|
| 422 PC; Threaten Crime With Intent To Terrorize; Fel. | | | | |

| DATE, TIME AND DAY OF OCCURENCE | | DATE AND TIME REPORTED | | |
|---|---|---|---|---|
| 04/04/07  14:20 Wednesday | | 04/04/07  14:22 | | |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 3889 San Pablo Ave, Emeryville | Pak N Save | | 2 | 9 |

**NARRATIVE**

The name Paul Cole is known to EPD's alpha system and this person might be the suspect.

| ADMINISTRATION | | | |
|---|---|---|---|
| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
| S. Andretich  339 | 04/04/2007  16:29 | Michael Allen  297 | 04/04/07 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Active |

| Arrest | ☐ | | | CASE # |
|---|---|---|---|---|
| Crime | ☒ | | | 0704-0406 |
| Non-Criminal | ☐ | | | |

## Person Profile

PAGE 1 OF 1

| OFFENSE(S) | OFFENSE(S) cont'd. |
|---|---|
| 422 PC; Threaten Crime With Intent To Terrorize; Fel. | |

| DATE, TIME AND DAY OF OCCURENCE | DATE AND TIME REPORTED |
|---|---|
| 04/04/07 14:20 Wednesday | 04/04/07 14:22 |

| LOCATION OF OCCURENCE | LOCATION NAME | TYPE OF LOCATION | BEAT | SECTOR |
|---|---|---|---|---|
| 3889 San Pablo Ave, Emeryville | Pak N Save | | 2 | 9 |

### PERSONS
Codes: V = Victim   W = Witness   S = Suspect   A = Arrestee   D = Detainee   C = Complainant   R = Party   O = Other

MORE NAMES   YES ☐   NO ☐

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|
| S   1 OF 1 | Cole, Paul | | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**MO INFORMATION**

**Build**
Large

**Demeanor**
Angry
Violent

**Eyes**
Clear

**Method of Entry**
No Force Used

**Motive**
Anger
Revenge

**Suspect/Action**
Made Threats

**CLOTHING**

Burgundy shirt and pants.

| CODE | NAME - LAST, FIRST, MIDDLE, SUFFIX | DOB | |
|---|---|---|---|
| V   1 OF 1 | Milton, Steven Glenn | 01/14/1953 | This report contains Person Profile information only. Please refer to the primary report(s) for additional information. |

**CLOTHING**

Tan shirt and pants.

### ADMINISTRATION

| BY OFFICER | DATE/TIME | APPROVED BY | DATE APPROVED |
|---|---|---|---|
| S. Andretich  339 | 04/04/07 16:29 | Michael Allen  297 | 04/04/07 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS |
| | | | Active |

| Arrest ☐ | | CASE # |
| Crime ☒ | | 0704-0406 |
| Non-Criminal ☐ | **Case MO** | PAGE 1 OF 1 |

| OFFENSE(S)<br>422 PC; Threaten Crime With Intent To Terrorize; Fel. | OFFENSE(S) cont'd. | | | |
|---|---|---|---|---|
| DATE, TIME AND DAY OF OCCURENCE<br>04/04/07 14:20 Wednesday    TO | DATE AND TIME REPORTED<br>04/04/07 14:22 | | | |
| LOCATION OF OCCURENCE<br>3889 San Pablo Ave, Emeryville | LOCATION NAME<br>Pak N Save | TYPE OF LOCATION | BEAT<br>2 | SECTOR<br>9 |

### MO DATA

**Method of Entry**
No Force Used

**Motive**
Anger
Revenge

**Non-Residential**
Supermarket/Variety

**Point of Entry**
Door

**Security Used**
Camera
Security Patrol

**Solvability Factors**
Suspect can be identified
Suspect described
Suspect named

### ADMINISTRATION

| FOLLOW-UP<br>YES ☒ NO ☐ | COPIES TO:<br>☐ PAT. ☒ DET. ☐ DA ☐ COURT ☐ PROBATION ☐ VWAP ☒ OTHER OPD Sgt.Phillip C Green | |
|---|---|---|
| BY OFFICER<br>S. Andretich 339 | DATE/TIME<br>04/04/2007 16:29 | APPROVED BY<br>Michael Allen 297 | DATE APPROVED<br>04/04/07 |
| OFFICER | UNIT/SHIFT | ASSIGNED TO | CASE STATUS<br>Active |

# Attachment (2)

# EMERYVILLE POLICE DEPARTMENT
2449 Powell Street
CA0010400

# Event Record

| Event #: 0704-0406<br>Case #: 0704-0406 | Date<br>04/04/07 | Final Type<br>All Other Penal Codes | Disposition(s)<br>Case Number Issued |
|---|---|---|---|

Address: 3889 San Pablo Ave, Emeryville; Pak N Save

Related Events:

## Event Times and Assignment Data

| | | | | |
|---|---|---|---|---|
| Received By: 194 | Primary Unit: 339 | | Units Assigned: | 339 14:24 326 14:25 |
| Received: 14:22:10 | First/Original Unit: 339 | | | 261 14:25 185 14:26 |
| Dispatched: 14:24:59 | Priority When Assigned: Prior | | | 280 14:26 303 14:27 |
| Arrived: 14:26:45 | Original Type: Miscellaneous Public Servic | | | |
| Cleared: 15:10:57 | | | | |

## Case Assignments

| Case # | Assigned To | Report Title |
|---|---|---|
| 0704-0406 | Detectives | |
| 0704-0406 | Robinson, Adrienne | |
| 0704-0406 | Alton, Robert | Supp-1-Alton/309 |
| 0704-0406 | Detectives | |
| 0704-0406 | Detectives | |
| 0704-0406 | Andretich, Stephen | CR-1 Andre/339 |
| 0704-0406 | Swanson, Steven | Supp-1-Swans/323 |

## Parties

| Name | Phone | Address | Notes |
|---|---|---|---|
| Milton, Steven | | | |

## Dispatch Notes

| Dispatcher ID | Date / Time | Notes |
|---|---|---|
| 194 | 04/04/07 14:22:35 | Rp rpts he is inside the store and there are people out front who want to harm him |
| 194 | 04/04/07 14:22:56 | S: BMA stocky build lsw a mar shirt and jkt |
| 194 | 04/04/07 14:23:48 | Rp will be waiting in the rear of the store near the meat dept |
| 194 | 04/04/07 14:24:15 | Rp will be wearing a bro shirt and blk pants with knee pads |
| 194 | 04/04/07 14:24:43 | Rp rpts he was a witness in a murder case and that is why they want to harm him |
| 194 | 04/04/07 14:27:02 | Disp by 323 |
| 323 | 04/04/07 14:29:17 | 261 advs he is waiting near the front of the store |
| 323 | 04/04/07 14:38:44 | 326 and 280 adv they were utl the suspect |
| 194 | 04/04/07 14:43:32 | ** Case 0704-0406 assigned to 339 ** |
| 323 | 04/04/07 15:11:05 | ** Call Type changed from 1061 to PCOO by 323 ** |
| 323 | 04/04/07 15:11:09 | Chg: PC422 |

## Event Unit Log

| Date / Time | Unit ID | Status | Location |
|---|---|---|---|
| 04/04/2007 14:24:59 | 339 | Enroute | 3889 San Pablo Ave |
| 04/04/2007 14:25:39 | 326 | Enroute | 3889 San Pablo Ave |
| 04/04/2007 14:25:45 | 261 | Enroute | 3889 San Pablo Ave |
| 04/04/2007 14:26:10 | 185 | Enroute | 3889 San Pablo Ave |

CERTIFIED TRUE AND CORRECT COPY

# *EMERYVILLE POLICE DEPARTMENT*

2449 Powell Street

CA0010400

# Event Record

| Event #: 0704-0406<br>Case #: 0704-0406 | Date<br>04/04/07 | Final Type<br>**All Other Penal Codes** | Disposition(s)<br>**Case Number Issued** |
|---|---|---|---|

Address: **3889 San Pablo Ave, Emeryville; Pak N Save**

:elated Events:

| 04/04/2007 14:26:16 | 280 | Enroute | 3889 San Pablo Ave |
|---|---|---|---|
| 04/04/2007 14:26:45 | 261 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:26:54 | 185 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:27:43 | 303 | Enroute | 3889 San Pablo Ave |
| 04/04/2007 14:27:54 | 326 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:27:58 | 339 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:30:14 | 280 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:32:45 | 303 | Arrived | 3889 San Pablo Ave |
| 04/04/2007 14:39:01 | 326 | Cleared | 3889 San Pablo Ave |
| 04/04/2007 14:39:02 | 280 | Cleared | 3889 San Pablo Ave |
| 04/04/2007 14:45:00 | 303 | Cleared | 3889 San Pablo Ave |
| 04/04/2007 15:10:01 | 261 | Cleared | 3889 San Pablo Ave |
| 04/04/2007 15:10:27 | 185 | Cleared | 3889 San Pablo Ave |
| 04/04/2007 15:10:57 | 339 | Cleared | 3889 San Pablo Ave |

**NLETS Request(s)**

LEWI\NAME\S\COLE, PAYL\071060\M\UID=212

