FILED
08 MAY -7 PM 2:27

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Paul D Cole

Plaintiff(s),

v.

City of Emeryville Officer R. Alton, M. Allen, S. Andretich, D. Diotalevi, And (4) Unknown Officer

Defendant(s).

No. CV 08 2360 EMC

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 05-7-8

Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")