AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: 7/11/08

NAME OF SERVER: CHAVONNE A. ROBINSON

TITLE: Friend

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served:
City of Emeryville
1333 Park Ave, Emeryville CA 94608

Case No. CV 08 2360 EMC

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Dominique B. Burton (Paralegal)
(510) 596-4382   9 copies left
Summons and complaint

[ ] Returned unexecuted:

[ ] Other (specify):

**FILED**

JUL 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### STATEMENT OF SERVICE FEES

TRAVEL: Approx 15 miles   SERVICES: fee waived   TOTAL: 0

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/11/08
Date

Signature of Server: Chavonne Robinson

Address of Server: 718 Tyler St Oakland, CA
(510) 472-0750   94603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.