DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 146028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. COLE,<br><br>               Plaintiff,<br><br>   vs.<br><br>CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL ALLEN, S. ANDRETICH, DAN DIOTALEVL and  FOUR (4) additional unknown officers<br><br>              Defendant. | Case No. CV 08-2360<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

     The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

     Dated: July 29, 2008

                        LOW, BALL & LYNCH

                        By_____
                          DALE L. ALLEN, JR.
                          DIRK D. LARSEN
                          Attorneys for Defendant
                          CITY OF EMERYVILLE

J:\1426\sf0081\P-Decline.MJ.wpd

1  | *Paul D. Cole v. City of Emeryville, et al.*
2  | United States District Court Case No. CV 08-2360

3

### PROOF OF SERVICE

4

I am over the age of eighteen (18) years and not a party to the within action.  I am employed at

5

Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

6

On the date indicated below, I served the following documents enclosed in a sealed envelope on

7

the addresses as listed:

8

**DOCUMENT:**    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND**
9                  **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT**
                   **JUDGE**

10

**ADDRESSES:**
11 | Paul David Cole
   | P.O. Box 24669
12 | Oakland, CA
   | 510-393-8820 cell
13 | 510-723-0767 work
   | *In Pro Se*

14

[X]    **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited
15     same for collection and mailing at San Francisco, California, following ordinary business
       practices, addressed as set forth below.

16

[ ]    **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the
17     addressees noted above or on the attachment herein by _____ Legal Services.

18 | [ ]    **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to
         the number indicated after the addresses noted above or on the attachment herein.

19

[ ]    **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be
20     deposited in a box or other facility regularly maintained by the overnight courier or driver
       authorized by the overnight courier to receive documents.

21

22     I am readily familiar with this law firm's practice for the collection and processing of documents

23     for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are

24     deposited with the United States Postal Service or overnight courier depository on the same day in the

25     ordinary course of business.

26     I declare under penalty of perjury that the foregoing is true and correct.

27     Executed at San Francisco, California on July 29, 2008.

28

*Stephanie Gravem*
Stephanie Gravem

PROOF OF SERVICE

J:\1426\sf0081\SPOS.wpd