1   DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2   LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3   San Francisco, California 94111-2584
   Telephone (415) 981-6630
4   Facsimile (415) 982-1634

5   Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICERS
6   ROBERT ALTON, MICHAEL ALLEN,
   S. ANDRETICH AND DAN DIOTALEVL

7   .

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11   PAUL D. COLE, | ) | Case No. CV 08-2360 |
| 12          Plaintiff, | ) | [PROPOSED] ORDER |
| 13    vs. | ) ) | GRANTING DEFENDANTS' MOTION TO DISMISS |
| 14   CITY OF EMERYVILLE, OFFICERS ROBERT | ) ) | PLAINTIFF'S COMPLAINT (F.R.C.P. 12(b)(6)) |
| 15   ALTON, MICHAEL ALLEN, S. ANDRETICH, DAN DIOTALEVL and FOUR (4) additional | ) ) | |
| 16   unknown officers | ) ) | |
| 17          Defendant. | ) ) ) | |
| 18 | ) | |

19      The motion of defendants CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL

20   ALLEN, S. ANDRETICH and DAN DIOTALEVL ("Defendants") to dismiss plaintiff PAUL D.

21   COLE's ("Plaintiff") complaint pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), came on

22   regularly for hearing on September 12, 2008, at 10:00 a.m., in Courtroom 8 of the above-entitled Court

23   before the Hon. Charles R. Breyer.

24      The Court, having considered all papers and arguments submitted in support of and in opposition

25   to the motion, finds that the Plaintiff's complaint, filed on May 7, 2008, fails to state any claim against

26   Defendants for which relief can be granted.

27   ///

28   ///

J:\1426\sf0081\M-DIS.pord.wpd

It therefore ORDERS that all causes of action against Defendants be dismissed with prejudice in their entirety.

IT IS SO ORDERED.


Dated: _____


_____
U.S. DISTRICT JUDGE

[PROPOSED] ORDER

J:\1426\sf0081\M-DIS.pord.wpd