1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICERS
6  ROBERT ALTON, MICHAEL ALLEN,
   S. ANDRETICH AND DAN DIOTALEVL
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 PAUL D. COLE,                           )   Case No. CV 08-2360 CRB
                                           )
13                 Plaintiff,              )   PROOF OF SERVICE
                                           )
14     vs.                                 )
                                           )
15 CITY OF EMERYVILLE, OFFICERS ROBERT     )
   ALTON, MICHAEL ALLEN, S. ANDRETICH,     )
16 DAN DIOTALEVL and FOUR (4) additional   )
   unknown officers                        )
17                                         )
                   Defendant.              )
18                                         )
                                           )
19

20

21

22

23

24

25

26

27

28

*Paul D. Cole v. City of Emeryville, et al.*
United States District Court Case No. CV 08-2360 CRB

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action. I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the addresses as listed:

**DOCUMENT:**

1.  DEFENDANTS CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL ALLEN, S. ANDRETICH AND DAN DIOTALEVL'S MOTION TO DISMISS PLAINTIFF PAUL D. COLE'S COMPLAINT (F.R.C.P. 12(b)(6));
2.  [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (F.R.C.P. 12(b)(6)); and
3.  PROOF OF SERVICE

**ADDRESSES:**
Paul David Cole
P.O. Box 24669
Oakland, CA 94623
510-393-8820 cell
510-723-0767 work
*In Pro Se*

[X]   **(BY EXPRESS MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ]   **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are

1  deposited with the United States Postal Service or overnight courier depository on the same day in the
2  ordinary course of business.
3      I declare under penalty of perjury that the foregoing is true and correct.
4      Executed at San Francisco, California on July 31, 2008.

                                                DIRK D. LARSEN

PROOF OF SERVICE

J:\1426\sf00081\M-DIS.pos.wpd