1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICERS
6  ROBERT ALTON, MICHAEL ALLEN,
   S. ANDRETICH AND DAN DIOTALEVL
7  .

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PAUL D. COLE,                              )  Case No. CV 08-2360
                                              )
12                    Plaintiff,              )  [PROPOSED] ORDER
                                              )  GRANTING DEFENDANTS'
13       vs.                                  )  MOTION TO STRIKE PORTIONS
                                              )  OF PLAINTIFF'S COMPLAINT
14 CITY OF EMERYVILLE, OFFICERS ROBERT        )  (F.R.C.P. 12(f))
   ALTON, MICHAEL ALLEN, S. ANDRETICH,        )
15 DAN DIOTALEVL and FOUR (4) additional      )
   unknown officers                           )
16                                            )
                      Defendant.              )
17                                            )
                                              )
18 _____  )

19       The motion of defendants CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL

20 ALLEN, S. ANDRETICH and DAN DIOTALEVL ("Defendants") to strike portions of plaintiff PAUL

21 D. COLE's ("Plaintiff") complaint pursuant to Federal Rules of Civil Procedure, Rule 12(f), came on

22 regularly for hearing on September 12, 2008, at 10:00 a.m., in Courtroom 8 of the above-entitled Court

23 before the Hon. Charles R. Breyer.

24       The Court, having considered all papers and arguments submitted in support of and in opposition

25 to the motion, HEREBY ORDERS:

26       1.      That Defendants' motion is GRANTED;

27       2.      That the following portions of Plaintiff's complaint be stricken, without leave to amend:

28               a.      "a.      An injunction order to the City of Emeryville to establish effective

preventative mechanisms to ensure that discriminatory conspiracy, retaliation, false arrest and harassment do not continue in the future," at 6:25-27;

 b. "c. An award of statutory damages and penalties pursuant to Civil Code § 52(b)," at 7:2;

 c. "and reasonable attorney fees pursuant to 42 U.S.C. 1988, Civil Codes [sic] 52(b) and 52.1(h) and Code of Civil Procedure 1021.5," at 7:3-4.

IT IS SO ORDERED.

Dated: _____

_____
U.S. DISTRICT JUDGE