IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. COLE, | No. C 08-02360 CRB |
|     Plaintiff, | **Clerk's Notice** |
|   v. | |
| CITY OF EMERYVILLE, et al., | |
|     Defendants.              / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Thursday, August 21 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 4, 2008                                             FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL D. COLE,

        Plaintiff,

  v.

EMERYVILLE CITY OF et al,

        Defendant.
                                        /

Case Number: CV08-02360 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul D. Cole
P.O. Box 24669
Oakland, CA 94623

Dated: August 4, 2008

                                       Richard W. Wieking, Clerk
                                       By: Barbara Espinoza, Deputy Clerk