DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE, OFFICERS
ROBERT ALTON, MICHAEL ALLEN,
S. ANDRETICH AND DAN DIOTALEVL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. COLE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL ALLEN, S. ANDRETICH, DAN DIOTALEVL and FOUR (4) additional unknown officers<br><br>    Defendant. | Case No. CV 08-2360 CRB<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF DEFENDANTS ROBERT ALTON, MICHAEL ALLEN, S. ANDRETICH AND DAN DIOTALEVL (CIVIL L.R. 3-16) |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 11, 2008.

LOW, BALL & LYNCH

By /s/ _____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF EMERYVILLE, OFFICERS
ROBERT ALTON, MICHAEL ALLEN,
S. ANDRETICH AND DAN DIOTALEVL

-1-
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF DEFENDANTS ROBERT ALTON,
MICHAEL ALLEN, S. ANDRETICH AND DAN DIOTALEVL (CIVIL L.R. 3-16)

J:\1426\sf0081\P-cert.int.wpd                            Case No. CV 08-2360 CRB