DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, # 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendants
CITY OF EMERYVILLE, OFFICERS
ROBERT ALTON, MICHAEL ALLEN,
S. ANDRETICH AND DAN DIOTALEVL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL D. COLE,<br><br>            Plaintiff,<br><br>    vs.<br><br>CITY OF EMERYVILLE, OFFICERS ROBERT ALTON, MICHAEL ALLEN, S. ANDRETICH, DAN DIOTALEVL and FOUR (4) additional unknown officers<br><br>            Defendant. | Case No. CV 08-2360 CRB<br><br>PROOF OF SERVICE |

-1-

PROOF OF SERVICE

J:\1426\sf0081\P-cert.int.pos.wpd

*Paul D. Cole v. City of Emeryville, et al.*
United States District Court Case No. CV 08-2360 CRB

### PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action.  I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the addresses as listed:

**DOCUMENT:**     **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
**ADDRESSES:**
Paul David Cole
P.O. Box 24669
Oakland, CA 94623
510-393-8820 cell
510-723-0767 work
*In Pro Se*

[X]     **(BY MAIL)** I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]     **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]     **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]     **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

[ ]     **(BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED)** I placed a true copy, enclosed in a sealed, postage-paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on August 15, 2008.

_____
M. Kathryn Mansfield

J:\1426\sf0081\P-cert.int.pos.wpd