**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 22, 2008**

**C-08-02360** **CRB**

**PAUL D. COLE** v. **CITY OF EMERYVILLE**

Attorneys:      Pro Se                              Dale Allen

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Belle Ball**

**PROCEEDINGS:**                                               **RULING:**

1. Initial Case Management Conference   -   Held

2.

3.

**ORDERED AFTER HEARING:**

 Discovery stayed; plaintiff to file opposition to motion.

( ) ORDER TO BE PREPARED BY:    Plntf _____  Deft _____  Court _____

( ) Referred to Magistrate Judge for:

( ) CASE CONTINUED TO _____       for

Discovery Cut-Off _____        Expert Discovery Cut-Off _____
Plntf to Name Experts by _____     Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____ Set for _____ days
                        Type of Trial: ( )Jury    ( )Court

Notes: