ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-2059

August 26, 2008

Paul D. Cole
P.O. Box 24669
Oakland, CA 94623
510-393-8820

Dale L. Allen
Dirk Donald Larsen
Low Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
415-981-6630

Re:   Cole v. City of Emeryville
      Case No. C 08-02360 CRB ENE

Dear Mr. Cole and Counsel:

  We have received notification from Charles R. Breyer that the referenced case was referred to ENE on 8/18/2008. The ADR Program would like to convene a conference call with all participants to discuss the nature of the case and how ENE can assist you. We would like to schedule this for **Wednesday, 9/3/2008 at 11:00 a.m.** This office will initiate the call to the numbers listed above unless directed otherwise.

  Thank you for your attention to this matter.

Sincerely,

Claudia M. Forehand
ADR Case Administrator