1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California 94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICERS
6  ROBERT ALTON, MICHAEL ALLEN,
   S. ANDRETICH AND DAN DIOTALEVL

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PAUL D. COLE,                          ) Case No. CV 08-2360 CRB
                                          )
12         Plaintiff,                     ) NOTICE OF NO OPPOSITION
                                          ) FILED TO DEFENDANTS'
13     vs.                                ) MOTION TO DISMISS
                                          ) PLAINTIFF'S COMPLAINT
14 CITY OF EMERYVILLE, OFFICERS ROBERT    ) (F.R.C.P. 12(b)(6)) AND MOTION
   ALTON, MICHAEL ALLEN, S. ANDRETICH,    ) TO STRIKE PORTIONS OF
15 DAN DIOTALEVL and FOUR (4) additional  ) PLAINTIFF'S COMPLAINT
   unknown officers,                      ) (F.R.C.P. 12(f))
16                                        )
           Defendants.                    ) Date:      September 12, 2008
17 _____) Time:      10:00 a.m.
                                            Courtroom: 8, 19th floor
18                                          Judge:     Hon. Charles R.
                                                       Breyer
19

20         On July 31, 2008, defendants CITY OF EMERYVILLE, OFFICERS ROBERT ALTON,

21 MICHAEL ALLEN, S. ANDRETICH and DAN DIOTALEVL ("Defendants") filed a Motion to

22 Dismiss plaintiff PAUL D. COLE's ("Plaintiff") complaint pursuant to Federal Rules of Civil Procedure,

23 Rule 12(b)(6), and a Motion to Strike portions of Plaintiff's complaint pursuant to Rule 12(f).

24 Defendants noticed the hearing of both motions for September 12, 2008.

25         Pursuant to Civil L.R. 7-3(a), Plaintiff's opposition to those motions, if any, was to have been

26 filed and served by August 22, 2008. As of September 2, 2008, Defendants have received no such

27 opposition, and a review of the Court's register of actions reveals that no such opposition has been filed

28 as of that date. Therefore, in lieu of a reply, Defendants file this notice informing the Court of the lack

-1-
NOTICE OF NO OPPOSITION FILED TO DEFENDANTS' MOTION TO DISMISS (F.R.C.P. 12(b)(6))
AND MOTION TO STRIKE (F.R.C.P. 12(f))

J:\1426\sf0081\M-DIS-MTS.no-opp.wpd                                Case No. CV 08-2360 CRB

1  of any opposition to their Motion to Dismiss pursuant to F.R.C.P. 12(b)(6) and Motion to Strike
2  pursuant to F.R.C.P. 12(f). Defendants reserve the right to reply to any opposition subsequently filed by
3  Plaintiff or on Plaintiff's behalf.

5  Dated: September 2, 2008.

6                                                  LOW, BALL & LYNCH

8  By _/s/_____
9  DALE L. ALLEN, JR.
   DIRK D. LARSEN
   Attorneys for Defendants
10 CITY OF EMERYVILLE, OFFICERS
   ROBERT ALTON, MICHAEL ALLEN,
11 S. ANDRETICH AND DAN DIOTALEVL