1  DALE L. ALLEN, JR., # 145279
   DIRK D. LARSEN, # 246028
2  LOW, BALL & LYNCH
   505 Montgomery Street, 7th Floor
3  San Francisco, California  94111-2584
   Telephone (415) 981-6630
4  Facsimile (415) 982-1634

5  Attorneys for Defendants
   CITY OF EMERYVILLE, OFFICERS
6  ROBERT ALTON, MICHAEL ALLEN,
   S. ANDRETICH AND DAN DIOTALEVL

7

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  PAUL D. COLE,                          )  Case No. CV 08-2360 CRB
                                           )
13                   Plaintiff,            )  PROOF OF SERVICE
                                           )
14       vs.                               )
                                           )
15  CITY OF EMERYVILLE, OFFICERS ROBERT    )
    ALTON, MICHAEL ALLEN, S. ANDRETICH,    )
16  DAN DIOTALEVL and  FOUR (4) additional )
    unknown officers                       )
17                                         )
                     Defendant.            )
18  _____)

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
J:\1426\sf0081\M-DIS.MTS.no-opp.POS.wpd                                    CV 08-2360 CRB

*Paul D. Cole v. City of Emeryville, et al.*
United States District Court Case No. CV 08-2360 CRB

## PROOF OF SERVICE

I am over the age of eighteen (18) years and not a party to the within action.  I am employed at Low, Ball & Lynch, 505 Montgomery Street, 7th Floor, San Francisco, California 94111.

On the date indicated below, I served the following documents enclosed in a sealed envelope on the addresses as listed:

**DOCUMENT:**   **NOTICE OF NO OPPOSITION FILED TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT (F.R.C.P. 12(b)(6)) AND MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT (F.R.C.P. 12(f))**

**ADDRESSES:**
Paul David Cole
P.O. Box 24669
Oakland, CA 94623
510-393-8820 cell
510-723-0767 work
*In Pro Se*

[X]   **(BY MAIL)**  I placed a true copy, enclosed in a sealed, postage paid envelope, and deposited same for collection and mailing at San Francisco, California, following ordinary business practices, addressed as set forth below.

[ ]   **(BY PERSONAL SERVICE)**  I caused each such envelope to be delivered by hand to the addressees noted above or on the attachment herein by _____ Legal Services.

[ ]   **(BY FACSIMILE)**  I caused the said document to be transmitted by Facsimile transmission to the number indicated after the addresses noted above or on the attachment herein.

[ ]   **(BY OVERNIGHT COURIER)** I caused each such envelope addressed to the parties to be deposited in a box or other facility regularly maintained by the overnight courier or driver authorized by the overnight courier to receive documents.

I am readily familiar with this law firm's practice for the collection and processing of documents for regular and certified mailing, overnight mail, and facsimile transaction, and said document(s) are deposited with the United States Postal Service or overnight courier depository on the same day in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California on September 3, 2008.

*Stephanie Gravem*
Stephanie Gravem