IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL D. COLE,

    Plaintiff,

v.

CITY OF EMERYVILLE, et al.,

    Defendants.

_____/

No. C 08-02360 CRB

**JUDGMENT**

The Court having granted defendants' motion to dismiss without leave to amend by Memorandum and Order filed September 22, 2008, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: Sep. 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\2360\judgment.wpd